# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| | : | |
| v. | : | |
| Irina Vasserman | : | NO. 13-164-4 |
| | : | |

## CONDITIONS OF PRETRIAL RELEASE

---
### BAIL
---

Defendant is **released on bail** in the amount of: $ 200,000
    ✓ O/R
    ___ cash
    ___ secured by:
        ___ % cash
        ___ property at: _____
        ___ Waiver of Clerk's office requirements - Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

---
### PRETRIAL SERVICES
---

✓ Defendant shall report to Pretrial Services:
    ✓ **as directed** by Pretrial Services.
    ___ times per week **in person**.
    ___ times per week **via telephone**.
___ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
___ Defendant shall submit to **random drug testing** as directed by Pretrial Services.
___ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
___ Defendant shall submit to **electronic monitoring** at the following address:
_____
_____.

    ___ **24 hours a day** (Defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

    ___ Defendant is permitted to continue **working** outside the home, but shall submit to **curfew** between the hours of _____, during which electronic monitoring will be in place. (Otherwise, defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

(SEE NEXT PAGE)

## TRAVEL

__✓__ Travel is restricted to the **Eastern District of Pennsylvania**.
_____ Travel is restricted to the _____.
_____ Unless prior permission is granted by Pretrial Services.

## PASSPORT

__✓__ Defendant shall surrender and/or refrain from obtaining a **passport**.

## FIREARMS

__✓__ Defendant shall surrender and/or refrain from obtaining any **firearms**. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall executed a completed Prohibition of Possession of Firearms Agreement when required.

## MISCELLANEOUS

__✓__ Defendant shall have no contact with **co-defendants, potential witnesses** in this case, or individuals engaged in any **criminal activity**, *other than her husband Mikhail Vasserman + son Aleksander Vasserman*
_____ Defendant must maintain present **employment**.
_____ Defendant must **actively seek** gainful employment.
_____ Defendant shall undergo a **mental competency evaluation**.
_____ Defendant must reside:

at: _851 Red Lion Rd, Apt E1, Phila - Phila_

with: _Husband_

**OTHER CONDITIONS:**

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

_____          _____
**AUSA**                                  **DEFENSE ATTORNEY**

It is so ORDERED this __10__ day of __April__, 2013.

BY THE COURT:

_____
**DAVID R. STRAWBRIDGE**
**U.S. MAGISTRATE JUDGE**