IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| __RUSSIAN__ INTERPRETER NEEDED | : | 1) Attorney Status |
| | | April 12, 2013 |
| | : | |
| UNITED STATES OF AMERICA | : | AUSA M. Beth Leahy |
| v. | : | Criminal No: 13-164-4 |
| IRINA VASSERMAN | : | Thomas Burke, Esq. - CJA |
| | : | [X] CJA Appointed<br>[] Retained<br>[] Defenders' Assn. Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, and for the reasons stated on the record in open court, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. The defendant is detained pending a detention hearing and are scheduled for .

[] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. See attached Order. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[X] Other - Arraignment has been set for Tuesday, April 16, 2013 at 1:30 p.m. before Magistrate Judge Restrepo.

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] PLEA: NOT GUILTY TO ALL COUNT(S). . Counsel have 14 days to file pretrial motions.*

*BY:*

*/s/ David R. Strawbridge*
*DAVID R. STRAWBRIDGE*
*UNITED STATES MAGISTRATE JUDGE*

**TIME IN COURT  5  MINUTES**

*(Form Revised December, 2007)*