IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**BAIL STATUS AND ORDER**

| | | |
|---|---|---|
| RUSSIAN Interpreter Needed | : | ARRAIGNMENT |
| | | Date April 16, 2013 |
| Date of Arrest Date | : | ESR OPERATOR: Chris Kurek |
| UNITED STATES OF AMERICA | : | AUSA Beth Leahy, Esq. |
| | : | Crim. No. 13-164-4 |
| v | | |
| | | Thomas Burke, Esq. |
| IRINA VASSERMAN | : | Defense Counsel |
| | : | |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

☐ The Government's Motion for Temporary Detention is Granted. A detention hearing and are scheduled for .

☐ The Defendant stipulated to ☐ probable cause and/or ☐ pretrial detention.

☐ The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

☐ The Government's Motion for Pretrial Detention is Denied. The court finds that the attached conditions of release will reasonably assure the defendant's appearance in court and the safety of the community. See attached Conditions of Release Order.

☐ The Government and Defense have agreed to conditions of release.
  See attached Conditions of Release Order.

☐ Other -

☐ AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.
XX PLEA: NOT GUILTY TO ALL COUNT(S). Counsel has 14 days to file pretrial motions.

BY:

/s/ L. FELIPE RESTREPO
L. FELIPE RESTREPO
UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT  5  MINUTES**