# UNITED STATES DISTRICT COURT
### for the
EASTERN District of PA

United States of America
v.

IRINA VASSERMAN
*Defendant*

Case No. 13cr164-4

FILED
APR 22 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* IRINA VASSERMAN,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:1349 - CONSPIRACY TO COMMIT HEALTH CARE FRAUD - 1 COUNT
18:1035 - FALSE STATEMENTS IN HEALTH CARE MATTERS - 11 COUNTS
42:1320a7b(b)(2)(B) - KICKBACK PAYMENTS - 1 COUNT
18:2 - AIDING AND ABETTING

Date: 04/09/2013

KEVIN EIBEL, SUPERVISOR
*Issuing officer's signature*

City and state: PHILA, PA.

MICHAEL E. KUNZ, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 4-9-13, and the person was arrested on *(date)* 4-10-13
at *(city and state)* Ph

Date: 4/10/13

FBI
*Arresting officer's signature*

*Printed name and title*