## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO.   13-164-04 |
| vs. | : | |
| IRINA VASSERMAN | : | |

### *ORDER*

AND NOW, this \_\_\_1st\_\_\_ day of \_\_\_May\_\_\_, 2013 it is hereby **ORDERED** and **DECREED** that defendant's Motion To Extend Time to File Motions is **GRANTED**.

*BY THE COURT:*

_____ *J.*

Create PDF files without this message by purchasing novaPDF printer (http://www.novapdf.com)