

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | No. 13-164-1 |
| ANNA MUDROVA | : | |

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | No. 13-164-2 |
| YURY GERASYUK | : | |

FILED
MAY 02 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | No. 13-164-3 |
| MIKHAIL VASSERMAN | : | |

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | No. 13-164-4 |
| IRINA VASSERMAN | : | |

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | No. 13-164-5 |
| ALEKSANDR VASSERMAN | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 13-164-6 |
| KHUSEN AKHMEDOV | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 13-164-7 |
| VALERIY DAVYDCHIK | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 13-164-8 |
| PENN CHOICE AMBULANCE INC. | : | |

## SCHEDULING ORDER

AND NOW, this 2nd day of May, 2013, following a scheduling conference and pursuant to Federal Rule of Criminal Procedure 17.1, it is ORDERED:

1. This case is SPECIALLY LISTED for trial on **March 10, 2014 at 9:00 a.m.** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2. The following attorneys are ATTACHED for trial as of May 2, 2013:

    • Assistant United States Attorney Mary Beth Leahy, Esq., for the Government;

    • Thomas D. Kenny, Esq., for Defendant Anna Mudrova;

    • Gregory Pagano, Esq., for Defendant Yury Gerasyuk;

- Lawrence Krasner, Esq., for Defendant Mikhail Vasserman;
- Thomas Burke, Esq., for Defendant Irina Vasserman;
- Brian Zeiger, Esq., for Defendant Aleksandr Vasserman;
- Martin Isenberg, Esq., for Defendant Khusen Akhmedov;
- Fortunato N. Perri, Jr., Esq., for Defendant Valeriy Davydchik;
- Thomas D. Kenny, Esq., for Defendant Penn Choice Ambulance Inc.

3. The Government shall provide Defendants with all available discovery materials to which Defendants are entitled by May 13, 2013. In the event the Government becomes aware of additional discovery material or previously known material becomes available to which the Defendants are entitled, the Government shall provide such material to Defendants within five days of its discovery or availability.

4. Defendants shall file any motion requesting specific additional discovery, as well as any motion challenging the indictment, seeking suppression of evidence, or raising any dispositive matters on or before June 13, 2013. The Government shall respond to any motions by July 12, 2013.

5. On or before October 1, 2013, the Government shall file and Defendants may but need not file, with one copy delivered to Judge Sánchez's Chambers, Room 11614, and one copy sent in Word Perfect format by email to sanchezdocs@paed.uscourts.gov the following:

- Motions in limine, if any;
- Proposed jury voir dire questions;
- Proposed jury instructions with citations of authority for each instruction and

          one instruction per page;[1]

- Proposed verdict slip; and
- A trial memorandum.

6. Responses to motions in limine shall be filed by November 1, 2013. Hearings on all motions in limine, including motions to suppress and any *Starks* or *Daubert* motions shall be held on November 18, 2013, November 19, 2013 and November 20, 2013 at 9:00 a.m. in Courtroom 11A.

7. In the event a party intends to call an expert witness at trial, the party shall deliver to the opposing party the expert's curriculum vitae and expert report at least ten days before trial.

8. Any requests to continue any of the dates herein shall be made by motion.

BY THE COURT:

/s/ Juan R. Sánchez

JUAN R. SÁNCHEZ, J.

---

[1] If a model jury instruction is submitted, the proponent shall cite the model instruction and shall state whether the proposed instruction is unchanged or modified. If a party modifies a model jury instruction, any language added shall be underlined and any language deleted shall be placed in brackets.