IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRCIT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CR# 13-0164 |
| --- | --- | --- |
|  | : |  |
| v. | : |  |
|  | : |  |
| IRINA VASSERMAN | : |  |

**MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS**

TO THE HONORABLE JUAN R. SANCHEZ, JUDGE OF THE UNITES STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

AND NOW COMES IRINA VASSERMAN, by and through his attorney, Thomas F. Burke, Esquire, who hereby avers the following facts and requests the following relief:

1. The defendant Irina Vasserman was indicted by a grand jury sitting in the Eastern District of Pennsylvania of conspiracy to commit health care fraud, false statements in health care matters, and kickback payments.

2. On April 16, 2013, the defendant appeared before the magistrate judge and was granted pre-trial release with standard conditions. Among those conditions is a travel restriction confined to the Eastern District of Pennsylvania.

3. The defendant Irina Vasserman has a family vacation planned in Wildwood New Jersey starting July 11th and concluding July 15, 2013. The defendant requests this Honorable Court to modify the defendant's conditions of pre-trial release to allow her to travel to Wildwood New Jersey from July 11th to July 15th.

4. The government has informed counsel for the defense that it would not consent to this modification because, as the defendant has CJA appointed counsel, she therefore should not have the money to go on vacation.

5. The defendant and her family have reservations at the Florentine Family Motel located at 19th and Surf Avenues in Wildwood on the days specified above. The family paid for this vacation prior to being indicted and paid a total of $520.00 via credit card to rent the room.

WHEREFORE, the defendant Irina Vasserman respectfully requests this Court GRANT her Motion to Modify Pre-Trial Release Conditions and allow her to travel to Wildwood New Jersey from July 11th to July 15, 2013.

Create PDF files without this message by purchasing novaPDF printer (http://www.novapdf.com)

                                                Respectfully submitted,

                                                <u>/s/ Thomas F. Burke, Esquire</u>
                                                Thomas F. Burke, Esquire
                                                Counsel for Irina Vasserman

Create PDF files without this message by purchasing novaPDF printer (http://www.novapdf.com)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRCIT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR# 13-0164** |
| | : | |
| **v.** | : | |
| | : | |
| **IRINA VASSERMAN** | : | |

## **ORDER**

  **AND NOW**,  this _____ day of June, 2013, upon consideration of the attached Motion to Modify the Pre-Trial Release Conditions, the defendant's motion is HEREBY GRANTED.  The defendant may travel to Wildwood New Jersey and stay there from July 11th to July 15, 2013.  All other conditions of the defendant's pre-trial release remain in effect.

                 BY THE COURT:

                 _____
                                 J.

Create PDF files without this message by purchasing novaPDF printer (http://www.novapdf.com)

## CERTIFICATE OF SERVICE

      I, Thomas F. Burke, Esquire, hereby certify that I have served a copy of the foregoing Motion to Modify Pre-Trial Release Conditions by way of the ECF filing system on the following persons:

U.S. Attorney's Office
c/o AUSA Beth Leahy
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

DATED: **6/19/13**

                                                <u>/s/ Thomas F. Burke, Esquire</u>
                                                Thomas F. Burke, Esquire
                                                Borum, Burke, DiDonato & Voci
                                                Two Penn Center Plaza – Suite 900
                                                1500 JFK Blvd.
                                                Philadelphia, PA 19102

Create PDF files without this message by purchasing novaPDF printer (http://www.novapdf.com)